UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
BYRON BREEZE, JR.,                                    Case No.: 20-cv-06837-MCA-AME

        Plaintiff,                      **NOTICE OF VOLUNTARY DISMISSAL**
v.                                                    **WITHOUT PREJUDICE**

HAIBAN INN LLC,

        Defendant.
-------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Byron Breeze, Jr. ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice as to defendant Haiban Inn LLC ("Defendant"). To date, Defendant has not answered or filed a motion for summary judgment, and Plaintiff therefore files this dismissal, *without prejudice*, as a matter of right.

Dated:    Garden City, New York
             November 30, 2021

                                                     Respectfully Submitted,

                                                       BASHIAN & PAPANTONIOU, P.C.
                                                       *Attorneys for Plaintiff*
                                                       500 Old Country Road, Ste. 302
                                                       Garden City, NY 11530
                                                       Tel:   (516) 279-1554
                                                       Fax:  (516) 213-0339

                                                       By: */s/ Erik M. Bashian, Esq.*
                                                       ERIK M. BASHIAN, ESQ. **(EB7326)**
                                                       eb@bashpaplaw.com

                                                       SO ORDERED

                                                       *s/Madeline Cox Arleo*
                                                       MADELINE COX ARLEO, U.S.D.J.

                                                       Date:
                                                                 12/13/21